No. 96–172. HOLLAND *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–186. REESE ET AL. *v.* CITY OF COLUMBUS ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–207. SALYER *v.* OHIO BUREAU OF WORKERS' COMPENSATION ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–216. MAIETTA *v.* ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 96–245. EDWARDS *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 96–265. SUNENBLICK, DBA UPTOWN RECORDS *v.* HARRELL ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–300. ADAMS ET AL. *v.* CUMBERLAND FARMS, INC. C. A. 1st Cir. Certiorari denied.

No. 96–307. SAPP *v.* POWER COMPUTING CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–309. FAIRWAY FOODS, INC., ET AL. *v.* MINNESOTA ET AL. Sup. Ct. Minn. Certiorari denied.

No. 96–316. LOUISIANA EX REL. IEYOUB, ATTORNEY GENERAL OF LOUISIANA *v.* CIGNA HEALTHPLAN OF LOUISIANA, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–324. RILEY ET AL. *v.* MURDOCK ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–325. RUIZ *v.* SOUTHERN PACIFIC TRANSPORTATION CO. Ct. App. Utah. Certiorari denied.

No. 96–328. WILSON CORP. ET AL. *v.* UDALL, ATTORNEY GENERAL OF NEW MEXICO. Ct. App. N. M. Certiorari denied. ██